Yeah. Yeah. Mm-hmm. Yeah. Mm. Yeah. Yeah. Mm. You know, I don't know.  Yeah. Yeah. Thank. Mm. The water. Oh, thank you. Yeah, thank you.   Thank you.   care and attention. I'm gonna leave. Mhm. All right. Great. Right. Thank you very much. Hi.  I'm gonna have to pause because for the record I can't get off the radio. And oh my gosh. I think we're going to have to pass this off and explain the different ways that people are triggered.  let me know. We're going to do a detailed analysis and I'm going to point out a completely different part. And I'm going to tell you a little story that happened in等一下 because I'm going to bring under your visualize which I love. I'm going to tell you  and how to remove a little bit of suffering from being in the service. A couple of years ago I was only 45 and I taught the VGUC MI rate with every 12 hours which is not very good and it's a bad thing, during the day it became very OK and right now a movie was out and I went back to study  little bit how to do that and when I do I go to Utah Iyoka and it was the second year in the big way and I wasbild and then on top of that when I go to velt that was pretty much my first job to anybody speak English to me it was some kind of encouraged me to speak English and I became the first person who taught me to do thing like On Theater and things like that and then one year I was in Italy with my family from my on vacation was on their side was I want to make an operation to do in Italy and then I missed my military so I made a movie I don't know why First Pink I just met a good friend he made a great film and we have I'll do it in Italy and was an international RED I could used one word to describe an thing I read I did a  about my childhood when I was in the 6th grade of high school so I made a movie and and when I came back to Italy and I made the the the the short film called The God of the God of the God of the God of the God of the God of the God of the God of the shirt   I had a hair  in 1953 a Belgian      October of  I was born in Berlin in Moscow in the industrial area Probably the moment where I chose to make a short film called The God of the God of the God of God of the God of  God of the God of the God of the     of  God of the God of the God of the God of the God of the God of the God of the God of the God of the car I used to drive a car car a car a car a